IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                            )
                                                  )
ROBERT GLEN McMASTER,                             ) BANKRUPTCY NO. 13-00279
                                                  )
            Debtor                                )

## NOTICE OF MOTION

TO: Robert Glen McMaster                Office of the U.S. Trustee
    1234 Payne Avenue                   219 S. Dearborn, Rm. 873
    Batavia, IL  60510                  Chicago, IL  60604

    Joshua D. Greene
    Archer Bay
    1500 Eisenhower Ln., #800
    Lisle, IL  60532

On the 21st day of March, 2014 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Cassling, or any Judge sitting in his stead in Courtroom 240 of the Kane County Courthouse, 100 S. 3rd Street, Geneva, Illinois, and then and there move the Honorable Court for hearing instanter on the Motion for Sale of Trustee's Right, Title and Interest in Personal Property, a copy of which is attached.

BY: /S/JOSEPH R. VOILAND_____

## CERTIFICATE OF ATTORNEY

I certify that on February 20, 2014, I served this notice by depositing a copy of the same in a U.S. Government mail chute at the Yorkville Post Office, Yorkville, Illinois first class mail, postage fully prepaid and/or by electronic filing with the Clerk of the Bankruptcy Court, Northern District, Illinois.

/S/JOSEPH R. VOILAND_____

Joseph R. Voiland
1625 Wing Road
Yorkville, IL  60560
(630) 553-1951

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROBERT GLEN McMASTER, | ) BANKRUPTCY NO. 13-00279 |
| | ) |
| DEBTOR | ) |

MOTION FOR SALE OF TRUSTEE'S RIGHT, TITLE
AND INTEREST IN PERSONAL PROPERTY

NOW COMES Joseph R. Voiland, Trustee in bankruptcy, and represents unto this Honorable Court as follows:

1. Debtor filed his voluntary petition in bankruptcy on January 4, 2013.

2. That Joseph R. Voiland is the duly appointed and acting Trustee in said bankruptcy proceeding.

3. The estate is the co-owner of 17,000 shares of stock in Jellyvision Labs, Inc. The co-owner is Mary Ann McMaster, the wife of the Debtor, Robert Glen McMaster.

4. That the Trustee has received an offer from Jellyvision Labs, Inc. to purchase The stock for $1.50 per share for a total purchase price of $25,500.00.

5. That the co-owner, Mary Ann McMaster has agreed to the sale of the stock to Jellyvision Labs, Inc.

6. The Trustee believes that the above sale is fair and reasonable and in the best interest of creditors and the estate.

WHEREFORE, the Trustee, Joseph R. Voiland, petitioner herein, prays for entry of an order authorizing the Trustee to sell the above property to Jellyvision for the sum of $25,500.00; authorizing the Trustee to remit one-half of the gross proceeds to Mary Ann McMaster, the co-owner of said stock, and for such other and further relief as this court deems just and proper.

BY: ___/S/JOSEPH R. VOILAND_____
JOSEPH R. VOILAND

Joseph R. Voiland
1625 Wing Road
Yorkville, IL  60560
(630) 553-1951

CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF KENDALL  )

THE UNDERSIGNED, being first duly sworn on oath deposes and says that he served the above and foregoing Notice of Motion and Motion for Sale of Trustee's Right, Title and Interest in Personal Property by depositing the same in the U.S. Mail at the Yorkville Post Office, Yorkville, Illinois 60560, a true and correct copy thereof in a sealed envelope first class postage pre-paid, addressed to:

Robert Glen McMaster
1234 Payne Avenue
Batavia, IL  60510

on the 20th day of February, 2014

and by electronic service on:

| | |
|---|---|
| Office of the U.S. Trustee | Joshua D. Greene |
| 219 S. Dearborn, Room 873 | Archer Bay |
| Chicago, IL  60604 | 1500 Eisenhower Ln., #800 |
| | Lisle, IL  60532 |

/S/JOSEPH R. VOILAND_____

Signed and sworn to before me this

___20th__ day of __February____, 2014

/S/BETH NEITZER_____
Notary Public