# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
MCMASTER, ROBERT GLEN § Case No. 13-00279
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-00279 | DRC | Judge: Donald R. Cassling | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | | | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | | | 341(a) Meeting Date: | 03/25/13 |
| For Period Ending: | 10/31/14 | | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1234 Payne Ave., Batavia IL | 235,000.00 | 82,290.96 | | 0.00 | FA |
| 2. 461 South Ellyn Ave., Glen Ellyn, IL | 800,000.00 | 0.00 | | 0.00 | FA |
| 3. 904 East 2nd, Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. 227 South 8th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. 324 N. 6th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. 326 N. 6th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. 4 McEwen Court, Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. 8 McEwen Ct., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. 523 N. A St., Monmouth, IL | 35,000.00 | 5,457.00 | | 0.00 | FA |
| 10. 13846 Atlantic Blvd unit 1013, Jacksonville, FL | 280,000.00 | 439,770.41 | | 0.00 | FA |
| 11. 7224 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 12. 7267 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 13. 7242 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 14. 7137 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 15. 1017 NW 1st Ave., Cape Coral, FL | 90,000.00 | 0.00 | | 0.00 | FA |
| 16. lot- 1853 NE 22nd Terrace, Cape Coral, FL | 5,000.00 | 0.00 | | 0.00 | FA |
| 17. lot - 1128 NE 5th Ave, Cape Coral, FL | 4,500.00 | 0.00 | | 0.00 | FA |
| 18. lot - 646 Myrna Court, LeHigh Acres, FL | 2,700.00 | 0.00 | | 0.00 | FA |
| 19. lot - 1256 NW 20th Court, Cape Coral, FL | 4,700.00 | 0.00 | | 0.00 | FA |
| 20. 2507 48th St., SW, LeHigh, FL | 77,000.00 | 0.00 | | 0.00 | FA |
| 21. 35 S. Allison Ave, Xenia, OH | 150,000.00 | Unknown | | 1,000.00 | FA |
| 22. 300 East Walnut, Watseka, IL | 150,000.00 | Unknown | | 1,000.00 | FA |
| 23. cash | 20.00 | 20.00 | | 0.00 | FA |
| 24. checking acct - Chase Bank | 444.96 | 444.96 | | 0.00 | FA |
| 25. checking acct - Community Bank | 110.89 | 110.89 | | 0.00 | FA |
| 26. household goods | 3,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-00279 | DRC | Judge: Donald R. Cassling | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | | | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | | | 341(a) Meeting Date: | 03/25/13 |
| | | | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 28. wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 29. firearms | 1,094.00 | 0.00 | | 0.00 | FA |
| 30. insurance - State Farm | 2,235.85 | 0.00 | | 0.00 | FA |
| 31. insurance - AIG | 5,111.60 | 0.00 | | 0.00 | FA |
| 32. insurance - Northwestern | 31,690.47 | 0.00 | | 0.00 | FA |
| 33. insurance - United of Omaha | 0.00 | 0.00 | | 0.00 | FA |
| 34. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 35. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 36. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 37. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 38. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 41. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 42. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 43. insurance - Trans America | 0.00 | 0.00 | | 0.00 | FA |
| 44. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 45. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 46. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 47. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 48. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 49. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 50. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 51. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 52. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Case 13-00279 Doc 119 Filed 11/04/14 Entered 11/04/14 08:17:18 Desc Main
Document Page 5 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 13-00279 | DRC | Judge: Donald R. Cassling | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MCMASTER, ROBERT GLEN | | | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | | | 341(a) Meeting Date: | 03/25/13 |
| | | | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 54. mutual of Omaha - term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 55. 25% interest in Kress Creek partnership | 0.00 | 0.00 | | 1,000.00 | FA |
| 56. 100% interest in McMaster Custom Homes, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 57. interest in misc. LLC's | 0.00 | Unknown | | 2,000.00 | FA |
| 58. 35 shares of Currenttech Traffic Concepts, Ltd | 160,000.00 | 0.00 | | 0.00 | FA |
| 59. 17000 shares Jellyvision Lab, Inc | 17,000.00 | 0.00 | | 21,250.00 | FA |
| 60. 2004 Cadilac Escalade | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 61. 1997 Ford Explorer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 62. office equipment | 500.00 | 500.00 | | 0.00 | FA |
| 63. fraudulent transfer claim - Newbrough cabin (u) | Unknown | 0.00 | | 35,000.00 | FA |
| 64. checking acct. - Midwest Bank of Western IL (u) | 0.00 | 1,677.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,660,807.77 | $532,871.22 | | $61,250.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/15    Current Projected Date of Final Report (TFR): 06/15/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-00279 -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2006  Checking Account |
| Taxpayer ID No: | *******8711 | | |
| For Period Ending: | 10/31/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 34,919.33 | | 34,919.33 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.48 | 34,885.85 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 50.19 | 34,835.66 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 51.79 | 34,783.87 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 50.04 | 34,733.83 |
| 07/16/14 | 59 | Sigma Partners 8, LP | | 1129-000 | 21,250.00 | | 55,983.83 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 66.92 | 55,916.91 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.13 | 55,833.78 |
| 09/16/14 | * NOTE * | Staehlin Partners-Greenbrook, L.P. | * NOTE *  Properties 21, 22, 55, 57 | 1129-000 | 5,000.00 | | 60,833.78 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 61,169.33 | 335.55 | 60,833.78 |
| Less:  Bank Transfers/CD's | 34,919.33 | 0.00 | |
| Subtotal | 26,250.00 | 335.55 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 26,250.00 | 335.55 | |

Page Subtotals     61,169.33     335.55

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-00279 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MCMASTER, ROBERT GLEN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1468  Checking Account |
| Taxpayer ID No: | *******8711 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/13 | 63 | ROBERT GLEN MCMASTER<br>1234 PAYNE AVENUE<br>BATAVIA, IL  60510 | | 1241-000 | 35,000.00 | | 35,000.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 34,990.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 37.15 | 34,952.85 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 33.52 | 34,919.33 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 34,919.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,000.00 | 35,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 34,919.33 | |
| Subtotal | 35,000.00 | 80.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 35,000.00 | 80.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2006 | 26,250.00 | 335.55 | 60,833.78 |
| Checking Account - ********1468 | 35,000.00 | 80.67 | 0.00 |
| | 61,250.00 | 416.22 | 60,833.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        35,000.00        35,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.05c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 01, 2014 |
|---|---|---|---|---|---|---|

Case Number:  13-00279  
Debtor Name:  MCMASTER, ROBERT GLEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $6,312.50 | $0.00 | $6,312.50 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $349.32 | $0.00 | $349.32 |
| 001<br>3110-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $944.00 | $0.00 | $944.00 |
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $11.50 | $0.00 | $11.50 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 000001<br>070<br>7100-00 | Guaranty Bank<br>Attn: Susan Snyder, SAO<br>1341 W Battlefield<br>Springfield MO 65807 | Unsecured | | $107,053.86 | $0.00 | $107,053.86 |
| 000002<br>070<br>7100-00 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Unsecured | | $25,162.55 | $0.00 | $25,162.55 |
| 000003<br>070<br>7100-00 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Unsecured | | $174,305.59 | $0.00 | $174,305.59 |
| 000004<br>070<br>7100-00 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Unsecured | | $193,676.13 | $0.00 | $193,676.13 |
| 000005<br>070<br>7100-00 | BMO Harris Bank<br>c/o William M Dillon, Esq.<br>Fowler White Boggs P.A.<br>Pob 1567<br>Ft Myers, FL 33902 | Unsecured | | $1,468,157.93 | $0.00 | $1,468,157.93 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $947.37 | $0.00 | $947.37 |
| 000007<br>070<br>7100-00 | Downers Grove National Bank<br>c/o William M. Smith & Associates<br>8102 W. 119th Street, Suite 150<br>Palos Park, Illinois 60464 | Unsecured | | $366,626.70 | $0.00 | $366,626.70 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 01, 2014 |

Case Number: 13-00279  
Debtor Name: MCMASTER, ROBERT GLEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Platinum Development LLC<br>Thomas L Kolschowsky<br>Stahelin Properties<br>800 Roosevelt Rd Bldg A-120<br>GlennEllyn IL 60137 | Unsecured | withdrawn | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Bristol Ridge LLC<br>Thomas L Kolschowsky<br>Stahelin Properties<br>800 Roosevelt Rd., Bld A-120<br>Glenn Ellyn IL 60137 | Unsecured | withdrawn | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | Sable Ridge Real Estate LLC<br>Thomas K Kolschowsky<br>Stahelin Properties<br>800 Roosevelt Rd., Bldg A-120<br>Glen Ellyn IL 60137 | Unsecured | withdrawn | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | Sable Ridge Real Estate LLC<br>Thomas K Kolschowsky<br>Stahelin Properties<br>800 Roosevelt Rd., Bldg A-120<br>Glen Ellyn IL 60137 | Unsecured | withdrawn | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | Joliet West Holding LLC<br>Thomas L Kolschowsky<br>Stahelin Properties<br>800 Roosevelt Rd Bldg A-120<br>Glen Ellyn IL 60137 | Unsecured | withdrawn | $0.00 | $0.00 | $0.00 |
| 000013 070 7100-00 | The Private Bank and Trust Company<br>Hinshaw & Culbertson LLP<br>222 N LaSalle Street Suite 300<br>Chicago, IL 60601 | Unsecured | | $2,294,192.78 | $0.00 | $2,294,192.78 |
| 000014 070 7100-00 | American Bank and Trust Company, N.A.<br>Attn Mr Garrett E Buhle Senior Vice Pres<br>Commercial Loan Dept<br>1542 S Randall Road<br>Geneva, IL 60134 | Unsecured | | $120,843.36 | $0.00 | $120,843.36 |
| | Case Totals: | | | $4,758,876.59 | $0.00 | $4,758,876.59 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00279  
Case Name: MCMASTER, ROBERT GLEN  
Trustee Name: JOSEPH R. VOILAND  

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Guaranty Bank | $ | $ | $ |
| 000002 | Dyck-O'Neal, Inc. | $ | $ | $ |
| 000003 | Dyck-O'Neal, Inc. | $ | $ | $ |
| 000004 | Dyck-O'Neal, Inc. | $ | $ | $ |
| 000005 | BMO Harris Bank | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | Downers Grove National Bank | $ | $ | $ |
| 000008 | Platinum Development LLC | $ | $ | $ |
| 000009 | Bristol Ridge LLC | $ | $ | $ |
| 000010 | Sable Ridge Real Estate LLC | $ | $ | $ |
| 000011 | Sable Ridge Real Estate LLC | $ | $ | $ |
| 000012 | Joliet West Holding LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | The Private Bank and Trust Company | $ | $ | $ |
| 000014 | American Bank and Trust Company, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE