UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
MCMASTER, ROBERT GLEN                   §      Case No. 13-00279
                                        §
            Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2014 in Courtroom 240,
          c/o Kane County Courthouse
          100 S. 3rd Street
          Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/04/2014            By: _____
                                       Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCMASTER, ROBERT GLEN § Case No. 13-00279
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 61,250.00 |
| and approved disbursements of | $ | 416.22 |
| leaving a balance on hand of[1] | $ | 60,833.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 6,312.50 | $ 0.00 | $ 6,312.50 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 349.32 | $ 0.00 | $ 349.32 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 944.00 | $ 0.00 | $ 944.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 11.50 | $ 0.00 | $ 11.50 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,910.32 |
| Remaining Balance | $ 52,923.46 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,750,966.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Guaranty Bank | $ 107,053.86 | $ 0.00 | $ 1,192.53 |
| 000002 | Dyck-O'Neal, Inc. | $ 25,162.55 | $ 0.00 | $ 280.30 |
| 000003 | Dyck-O'Neal, Inc. | $ 174,305.59 | $ 0.00 | $ 1,941.68 |
| 000004 | Dyck-O'Neal, Inc. | $ 193,676.13 | $ 0.00 | $ 2,157.46 |
| 000005 | BMO Harris Bank | $ 1,468,157.93 | $ 0.00 | $ 16,354.57 |
| 000006 | American Express Centurion Bank | $ 947.37 | $ 0.00 | $ 10.55 |
| 000007 | Downers Grove National Bank | $ 366,626.70 | $ 0.00 | $ 4,084.04 |
| 000008 | Platinum Development LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Bristol Ridge LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Sable Ridge Real Estate LLC | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Sable Ridge Real Estate LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Joliet West Holding LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | The Private Bank and Trust Company | $ 2,294,192.78 | $ 0.00 | $ 25,556.19 |
| 000014 | American Bank and Trust Company, N.A. | $ 120,843.36 | $ 0.00 | $ 1,346.14 |

                Total to be paid to timely general unsecured creditors        $        52,923.46

                Remaining Balance                                             $             0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

                                        NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                        NONE

                            Prepared By: /s/Joseph R.  Voiland
                                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-00279-DRC
Robert Glen McMaster                                                      Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Nov 06, 2014
                              Form ID: pdf006          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2014.
```
db         +Robert Glen McMaster,    1234 Payne Avenue,    Batavia, IL 60510-3078
aty        +The Law Firm of Archer Bay, P.A.,    1500 Eisenhower Lane,    Suite 800,    Lisle, IL 60532-2135
19882465   +Alternative Waste Water Systems,    PO Box 4375,    Wheaton, IL 60189-4375
19947372   +America Home Mortgage,    Pob 619063,    Dallas TX 75261-9063
19882466   +American Bank and Trust,    2580 Foxfield Road,    Saint Charles, IL 60174-1403
21078589   +American Bank and Trust Company, N.A.,    Attn Mr Garrett E Buhle Senior Vice Pres,
             Commercial Loan Dept,    1542 S Randall Road,    Geneva, IL 60134-4662
19960738    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
19947371   +BMO Harris Bank,    111 W Monroe St,    Chicago IL 60603-4095
20793966   +BMO Harris Bank,    c/o William M Dillon, Esq.,    Fowler White Boggs P.A.,    Pob 1567,
             Ft Myers, FL 33902-1567
19947373   +Bank of America,    Pob 5170,    Simi Valley CA 93062-5170
19882468   +Blatt Hasenmiller,    125 S. Wacker Dr. St. 400,    Chicago, IL 60606-4440
19882469   +Blitt and Gaines, PC,    661 W. Glen Ave.,    Wheeling, IL 60090-6017
21075493   +Bristol Ridge LLC,    Thomas L Kolschowsky,    Stahelin Properties,
             800 Roosevelt Rd., Bld A-120,    Glenn Ellyn IL 60137-5846
19882470   +Brookshire Landing Owners Assoc.,    475 W. Town Place #200,    Saint Augustine, FL 32092-3653
19947375   +Busey Bank,    1595 Springhill Road #310,    Vienna VA 22182-2228
19882471    Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
19947376   +Countrywide Home Mortgage,    Pob 8239,    Van Nuys CA 91409-8239
19882472   +Dan Rogers,    28 W 745 Rogers,    Warrenville, IL 60555-3446
19882473   +Doug McCrery,    204 W. Clinton Ave.,    Monmouth, IL 61462-1713
19882474   +Downers Grove National,    5140 South Main Street,    Downers Grove, IL 60515-4610
21066522   +Downers Grove National Bank,    c/o William M. Smith & Associates,
             8102 W. 119th Street, Suite 150,    Palos Park, Illinois 60464-3081
19882476   +First Nations Bank,    1151 E. Butterfield Road,    Wheaton, IL 60189-8807
19882477   +Guerard, Kalina and Butkus,    310 South County Farm Road,    Suite H,    Wheaton, IL 60187-2409
19882478    Hancock Bank,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
19882482   +Hinshaw and Culbertson LLP,    222 North LaSalle Street, #300,    Chicago, IL 60601-1081
19882484   +Huck Bouma,    1755 Naperville Road,    Wheaton, IL 60189-5844
19882485   +Jeanine Spoto,    742 Whitesail Drive,    Schaumburg, IL 60194-3634
21075516   +Joliet West Holding LLC,    Thomas L Kolschowsky,    Stahelin Properties,
             800 Roosevelt Rd Bldg A-120,    Glen Ellyn IL 60137-5846
19882487   +M&I Marshall and Ilsley Bank,    24031 South Tamiami Trail,    Bonita Springs, FL 34134-7016
19882488    MB Financial Bank, N.A.,    Successor to Benchmark Bank,    6111 N. Riverside,
             Des Plaines, IL 60018
19947386   +Mary McMaster,    1234 Payne Avenue,    Batavia IL 60510-3078
19947387   +McMaster Custom Homes LLC,    1919 S Highland Avenue,    Suite C116,    Lombard IL 60148-6134
19947388   +McMaster Investment Group LP,    1919 South Highland Avenue,    Lombard IL 60148-6153
19882489   +Midwest Bank of Western Illinois,    200 East Broadway,    Monmouth, IL 61462-1871
19882490    Mira Vista @ Harbortown Association,    10036 Sawgrass Drive,    W#1,
             Ponte Vedra Beach, FL 32082
19882491   +Morton Community Bank,    721 West Jackson Street,    P.O. Box 104,    Morton, IL 61550-0104
19882493   +Nation Star Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
19882494   +North Marg Capital,    1600 Market Street,    Suite 1300,    Philadelphia, PA 19103-7213
21075509   +PII Real Estate LLC,    Thomas L Kolschowsky,    800 Roosevelt Rd, Bldg A-120,
             Glen Ellyn IL 60137-5846
19882495  #+Patrice Cademartori,    2131 Lillian Court,    Lisle, IL 60532-1100
21075490   +Platinum Development LLC,    Thomas L Kolschowsky,    Stahelin Properties,
             800 Roosevelt Rd Bldg A-120,    GlennEllyn IL 60137-5846
19882497   +Private Bank and Trust Company,    70 West Madison, Suite 900,    Chicago, IL 60602-4567
19882498   +Rosanne P. Parrine Esq.,    115 Solana Road Unit C,    Ponte Vedra Beach, FL 32082-5231
21075496   +Sable Ridge Real Estate LLC,    Thomas K Kolschowsky,    Stahelin Properties,
             800 Roosevelt Rd., Bldg A-120,    Glen Ellyn IL 60137-5846
19947389   +Stahelin Partners,    800 Roosevelt Road,    Building A120,    Glen Ellyn IL 60137-5846
19947378   +Stahelin Propoerties,    800 Roosevelt Rd,    Suite 120A,    Glen Ellyn IL 60137-5846
19882499   +Standard Bank,    7800 W. 95th Street,    Hickory Hills, IL 60457-2298
19947379  #+Suntrust Mortgage,    300 N Martingale Rd,    Schaumburg IL 60173-2086
19947380   +TBW,    1417 North Magnolia Avenue,    Ocala FL 34475-9078
19882503   +The Collins Law Firm,    1770 Park Street, Suite 200,    Naperville, IL 60563-5432
19882496   +The Private Bank and Trust Company,    Hinshaw & Culbertson LLP,
             222 N LaSalle Street Suite 300,    Chicago, IL 60601-1081
19882504   +Wells Fargo Bank, NA,    10 South Wacker Drive,    28th Floor,    Chicago, IL 60606-7511
19882506   +West Suburban Bank,    711 S. Meyers,    Lombard, IL 60148-3770
19882507   +West Suburban Bank,    711 S. Meyers Road,    Lombard, IL 60148-3770
19947381   +Wheaton Bank,    211 S Wheaton Ave,    Wheaton IL 60187-5256
19882508   +William M. Smith,    8102 W. 119th Street, Suite 150,    Palos Park, IL 60464-3081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19923160   +E-mail/Text: lweidhaas@dyckoneal.com Nov 07 2014 00:58:38     Dyck-O'Neal, Inc,    Pob 13370,
             Arlington TX 76094-0370
19947377   +E-mail/Text: bankruptcynoties@gbankmo.com Nov 07 2014 00:59:59     Guaranty Bank,
             Attn: Susan Snyder, SAO,    1341 W Battlefield,    Springfield MO 65807-4101
                                                                                             TOTAL: 2
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: Nov 06, 2014
                              Form ID: pdf006              Total Noticed: 58

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19947382         Bob & Nancy Lunney
19947383         Eduardo Martin
19947384         Greenstreet
19947385         Julie Smith
20955919*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20729582*       +Dyck-O’Neal, Inc.,    P.O. Box 13370,    Arlington, TX 76094-0370
19882479*        Hancock Bank,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
19882480*        Hancock Bank,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
19882481*        Hancock Bank,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
19882483*       +Hinshaw and Culbertson, LLP,    222 North LaSalle Street, #300,    Chicago, IL 60601-1081
19882492*       +Morton Community Bank,    721 West Jackson Street,    P.O. Box 104,    Morton, IL 61550-0104
19882500*       +Standard Bank,    7800 W. 95th Street,    Hickory Hills, IL 60457-2298
19882501*       +Standard Bank,    7800 W. 95th Street,    Hickory Hills, IL 60457-2298
19882502*       +Standard Bank,    7800 W. 95th Street,    Hickory Hills, IL 60457-2298
19882505*       +Wells Fargo Bank, NA,    10 South Wacker Drive,    28th Floor,   Chicago, IL 60606-7511
19882467       ##+Andrew Wydra,    1837 Protsmouth Drive,    Lisle, IL 60532-4115
19947374       ##+Bob Lunney,    461 South Ellyn,    Glen Ellyn IL 60137-6814
19882475       ##+Fifth Third Bank,    505 W. Roosevelt Road,    MD2544,   Lombard, IL 60148-4222
19882486       ##+Jeff Fort,    461 South Ellyn,    Glen Ellyn, IL 60137-6814
                                                                                         TOTALS: 4, * 11, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2014 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor    Hancock Bank ahammer@sugarfgh.com,
               chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocke
               t@sugarfgh.com;dmadden@sugarfgh.com
              Gina B Krol, ESQ    on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Joseph  Voiland     on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Joshua D. Greene    on behalf of Debtor Robert Glen McMaster jgreene@davisgreenelaw.com
              Lynne M. Binkele    on behalf of Creditor    Morton Community Bank lbinkele@benckendorf.com,
               rrockoweide@benckendorf.com
              Mark D Belongia    on behalf of Creditor    STANDARD BANK AND TRUST COMPANY mbelongia@ralaw.com,
               marsha.sullivan@duanemorris.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard B. Polony    on behalf of Creditor    The PrivateBank and Trust Company
               rpolony@hinshawlaw.com,   vlorber@hinshawlaw.com
                                                                                             TOTAL: 11
```