# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
MCMASTER, ROBERT GLEN                           §        Case No. 13-00279
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Elizabeth C. Berg, Trustee _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alternative Waste Water Systems PO Box 4375 Wheaton, IL 60189 | | | | | |
| | America Home Mortgage PO Box 619063 Dallas, TX 75261 | | | | | |
| | Andrew Wydra 1837 Protsmouth Drive Lisle, IL 60532 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. 5270 Carol Stream, IL 60197 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Bob Lunney 461 South Ellyn Glen Ellyn, IL 60137 | | | | | |
| | Brookshire Landing Owners Assoc. 475 W. Town Place #200 Saint Augustine, FL 32092 | | | | | |
| | Busey Bank 1595 Springhill Road, #310 Vienna, VA 22182 | | | | | |
| | Busey Bank 1595 Springhill Road, #310 Vienna, VA 22182 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Countrywide Home Mortgage P.O. 8239 Van Nuys, CA 91409 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dan Rogers 28 W 745 Rogers Warrenville, IL 60555 | | | | | |
| | Huck Bouma 1755 Naperville Road Wheaton, IL 60187 | | | | | |
| | Jeanine Spoto 742 Whitesail Drive Schaumburg, IL 60194 | | | | | |
| | Jeff Fort 461 South Ellyn Glen Ellyn, IL 60137 | | | | | |
| | MB Financial Bank, N.A. Successor to Benchmark Bank 6111 N. Riverside Des Plaines, IL 60018 | | | | | |
| | Mira Vista @ Harbortown Association 10036 Sawgrass Drive W#1 Ponte Vedra Beach, FL 32082 | | | | | |
| | North Marg Capital 1600 Market Street Suite 1300 Philadelphia, PA 19103 | | | | | |
| | Patrice Cademartori 2131 Lillian Court Lisle, IL 60532 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Private Bank and Trust Company 70 West Madison, Suite 900 Chicago, IL 60602 | | | | | |
| | Stahelin Properties 800 Roosevelt Road Suite 120A Glen Ellyn, IL 60137 | | | | | |
| | Standard Bank 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | |
| | Standard Bank 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | |
| | Standard Bank 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | |
| | Standard Bank 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | |
| | TBW 1417 North Magnolia Avenue Ocala, FL 34475 | | | | | |
| | TBW 1417 North Magnolia Avenue Ocala, FL 34475 | | | | | |
| | West Suburban Bank 711 S. Meyers Road Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheaton Bank 211 S. Wheaton Ave. Wheaton, IL 60187 | | | | | |
| 000014 | AMERICAN BANK AND TRUST COMPANY, N. | | | | | |
| 000005 | BMO HARRIS BANK | | | | | |
| 000009 | BRISTOL RIDGE LLC - CLAIM WITHDRAWN | | | | | |
| 000007 | DOWNERS GROVE NATIONAL BANK | | | | | |
| 000002 | DYCK-O'NEAL, INC. | | | | | |
| 000004 | DYCK-O'NEAL, INC. | | | | | |
| 000003 | DYCK-O'NEAL, INC. - CLAIM WITHDRAWN | | | | | |
| 000001 | GUARANTY BANK | | | | | |
| 000012 | JOLIET WEST HOLDIN- CLAIM WITHDRAWN | | | | | |
| 000008 | PLATINUM DVPT - CLAIM WITHDRAWN | | | | | |
| 000010 | SABLE RIDGE RE LLC - CLAIM WITHDRAWN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | SABLE RIDGE RE LLC - CLAIM WITHDRAWN | | | | | |
| 000013 | THE PRIVATE BANK AND TRUST COMPANY | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 0: ROBERT G. MCMASTER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 13-00279 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |

Case Name:   MCMASTER, ROBERT GLEN

Date Filed (f) or Converted (c):   01/04/13 (f)

341(a) Meeting Date:   03/25/13

For Period Ending:   06/23/15

Claims Bar Date:   10/08/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 1234 Payne Ave., Batavia IL | 235,000.00 | 82,290.96 | | 0.00 | FA |
| 2. | 461 South Ellyn Ave., Glen Ellyn, IL | 800,000.00 | 0.00 | | 0.00 | FA |
| 3. | 904 East 2nd, Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. | 227 South 8th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. | 324 N. 6th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. | 326 N. 6th St., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. | 4 McEwen Court, Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. | 8 McEwen Ct., Monmouth, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. | 523 N. A St., Monmouth, IL | 35,000.00 | 5,457.00 | | 0.00 | FA |
| 10. | 13846 Atlantic Blvd unit 1013, Jacksonville, FL | 280,000.00 | 439,770.41 | | 0.00 | FA |
| 11. | 7224 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 12. | 7267 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 13. | 7242 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |

FORM 1. ROBERT G. MCMASTER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

Exhibit 8

| Case No: | 13-00279    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | 341(a) Meeting Date: | 03/25/13 |
| | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. 7137 Rampart Ridge Circle, Jacksonville, FL | 120,000.00 | 0.00 | | 0.00 | FA |
| 15. 1017 NW 1st Ave., Cape Coral, FL | 90,000.00 | 0.00 | | 0.00 | FA |
| 16. lot- 1853 NE 22nd Terrace, Cape Coral, FL | 5,000.00 | 0.00 | | 0.00 | FA |
| 17. lot - 1128 NE 5th Ave, Cape Coral, FL | 4,500.00 | 0.00 | | 0.00 | FA |
| 18. lot - 646 Myrna Court, LeHigh Acres, FL | 2,700.00 | 0.00 | | 0.00 | FA |
| 19. lot - 1256 NW 20th Court, Cape Coral, FL | 4,700.00 | 0.00 | | 0.00 | FA |
| 20. 2507 48th St., SW, LeHigh, FL | 77,000.00 | 0.00 | | 0.00 | FA |
| 21. 35 S. Allison Ave, Xenia, OH | 150,000.00 | Unknown | | 1,000.00 | FA |
| 22. 300 East Walnut, Watseka, IL | 150,000.00 | Unknown | | 1,000.00 | FA |
| 23. cash | 20.00 | 20.00 | | 0.00 | FA |
| 24. checking acct - Chase Bank | 444.96 | 444.96 | | 0.00 | FA |
| 25. checking acct - Community Bank | 110.89 | 110.89 | | 0.00 | FA |
| 26. household goods | 3,000.00 | 0.00 | | 0.00 | FA |

FORM 0 / ROBERT G. MCMASTER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3

**Exhibit 8**

| Case No: | 13-00279 | DRC | Judge: DONALD R. CASSLING |
| --- | --- | --- | --- |
| Case Name: | MCMASTER, ROBERT GLEN | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- |
| Date Filed (f) or Converted (c): | 01/04/13 (f) |
| 341(a) Meeting Date: | 03/25/13 |
| Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 28. wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 29. firearms | 1,094.00 | 0.00 | | 0.00 | FA |
| 30. insurance - State Farm | 2,235.85 | 0.00 | | 0.00 | FA |
| 31. insurance - AIG | 5,111.60 | 0.00 | | 0.00 | FA |
| 32. insurance - Northwestern | 31,690.47 | 0.00 | | 0.00 | FA |
| 33. insurance - United of Omaha | 0.00 | 0.00 | | 0.00 | FA |
| 34. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 35. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 36. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 37. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 38. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

FORM 6. ROBERT G. MCMASTER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   4

**Exhibit 8**

| Case No: | 13-00279 | DRC | Judge: DONALD R. CASSLING |
| Case Name: | MCMASTER, ROBERT GLEN | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 01/04/13 (f) |
| 341(a) Meeting Date: | 03/25/13 |
| Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 41. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 42. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 43. insurance - Trans America | 0.00 | 0.00 | | 0.00 | FA |
| 44. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 45. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 46. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 47. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 48. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 49. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 50. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 51. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 52. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

FORM 0/ ROBERT G. MCMASTER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   5

**Exhibit 8**

| Case No: | 13-00279 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | | | | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | | | | 341(a) Meeting Date: | 03/25/13 |
| | | | | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53.  VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 54.  mutual of Omaha - term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 55.  25% interest in Kress Creek partnership | 0.00 | 0.00 | | 1,000.00 | FA |
| 56.  100% interest in McMaster Custom Homes, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 57.  interest in misc. LLC's | 0.00 | Unknown | | 2,000.00 | FA |
| 58.  35 shares of Currenttech Traffic Concepts, Ltd | 160,000.00 | 0.00 | | 0.00 | FA |
| 59.  17000 shares Jellyvision Lab, Inc | 17,000.00 | 0.00 | | 21,250.00 | FA |
| 60.  2004 Cadilac Escalade | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 61.  1997 Ford Explorer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 62.  office equipment | 500.00 | 500.00 | | 0.00 | FA |
| 63.  fraudulent transfer claim - Newbrough cabin (u) | Unknown | 0.00 | | 35,000.00 | FA |
| 64.  checking acct. - Midwest Bank of Western IL (u) | 0.00 | 1,677.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,660,807.77 | $532,871.22 | | $61,250.00 | $0.00 |

FORM 6   ROBERT G. MCMASTER                                      Page:    6

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**                                                  Exhibit 8

| Case No: | 13-00279 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 01/04/13 (f) |
| 341(a) Meeting Date: | 03/25/13 |
| Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 23, 2015, :

Trustee Joseph R. Voiland resigned in case after filing final report but prior to distribution.  Elizabeth C. Berg

appointed as successor TR on 11-10-14.  Following approval of TFR and final fee applications, successor TR made final

distribution of funds pursuant to prior TR's TFR and prepared Trustee's Distribution Report.

Initial Projected Date of Final Report (TFR): 06/15/15          Current Projected Date of Final Report (TFR): 06/15/15

/s/     Elizabeth C. Berg, Trustee

_____ Date: 06/23/15

ELIZABETH C. BERG, TRUSTEE

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-00279 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2006  Checking Account |
| Taxpayer ID No: | *******8711 | | | |
| For Period Ending: | 06/23/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 34,919.33 | | 34,919.33 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.48 | 34,885.85 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 50.19 | 34,835.66 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 51.79 | 34,783.87 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 50.04 | 34,733.83 |
| 07/16/14 | 59 | Sigma Partners 8, LP | | 1129-000 | 21,250.00 | | 55,983.83 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 66.92 | 55,916.91 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.13 | 55,833.78 |
| 09/16/14 | * NOTE * | Staehlin Partners-Greenbrook, L.P. | * NOTE *  Properties 21, 22, 55, 57 | 1129-000 | 5,000.00 | | 60,833.78 |
| 12/10/14 | | Elizabeth C. Berg<br>Successor Trustee<br>20 N. Clark St.  #200<br>Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 60,833.78 | 0.00 |

Page Subtotals          61,169.33          61,169.33

Ver: 18.05

Exhibit 9

**FORM 2** — **ROBERT GLEN MCMASTER**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         13-00279 -DRC
Case Name:    MCMASTER, ROBERT GLEN

Taxpayer ID No:  *******8711
For Period Ending:  06/23/15

Trustee Name:          Elizabeth C. Berg, Trustee
Bank Name:              Associated Bank
Account Number / CD #:    *******2006  Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 61,169.33 | 61,169.33 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 34,919.33 | 0.00 | |
| | | | Subtotal | | 26,250.00 | 61,169.33 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,250.00 | 61,169.33 | |

Page Subtotals                           0.00                    0.00

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-00279 -DRC |
|---|---|
| Case Name: | MCMASTER, ROBERT GLEN |

| Taxpayer ID No: | *******8711 |
|---|---|
| For Period Ending: | 06/23/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6344 Checking Acct - ECB TR |

| Blanket Bond (per case limit): | |
|---|---|
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee 1625 Wing Road Yorkville IL 60560 | Transfer Funds From Former Trustee Transfer funds from former TR Joe Voiland to Successor TR Berg upon Voiland's appointment as associate judge. ecb | 9999-000 | 60,833.78 | | 60,833.78 |
| 12/18/14 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | Trustee Compensation | 2100-000 | | 6,312.50 | 54,521.28 |
| 12/18/14 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | Trustee Expenses | 2200-000 | | 349.32 | 54,171.96 |
| 12/18/14 | 001003 | Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 53,878.96 |
| 12/18/14 | 001004 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | Attorney for Trustee Fees (Trustee | 3110-000 | | 944.00 | 52,934.96 |
| 12/18/14 | 001005 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | Attorney for Trustee Expenses (Trus | 3120-000 | | 11.50 | 52,923.46 |
| 12/18/14 | 001006 | Guaranty Bank Attn: Susan Snyder, SAO | Claim 000001, Payment 1.11% | 7100-000 | | 1,192.53 | 51,730.93 |

| | Page Subtotals | 60,833.78 | 9,102.85 |
|---|---|---|---|

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-00279 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MCMASTER, ROBERT GLEN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6344  Checking Acct - ECB TR |
| Taxpayer ID No: | *******8711 | | |
| For Period Ending: | 06/23/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1341 W Battlefield<br>Springfield MO 65807 | | | | | |
| 12/18/14 | 001007 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Claim 000002, Payment 1.11% | 7100-000 | | 280.30 | 51,450.63 |
| * 12/18/14 | 001008 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Claim 000003, Payment 1.11% | 7100-004 | | 1,941.68 | 49,508.95 |
| * 12/18/14 | 001008 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,941.68 | 51,450.63 |
| 12/18/14 | 001009 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094 | Claim 000004, Payment 1.11% | 7100-000 | | 2,157.46 | 49,293.17 |
| 12/18/14 | 001010 | BMO Harris Bank<br>c/o William M Dillon, Esq.<br>Fowler White Boggs P.A.<br>Pob 1567<br>Ft Myers, FL 33902 | Claim 000005, Payment 1.11% | 7100-000 | | 16,354.57 | 32,938.60 |
| 12/18/14 | 001011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 1.11% | 7100-000 | | 10.55 | 32,928.05 |

|  | Page Subtotals | 0.00 | 18,802.88 |
|---|---|---|---|

Ver: 18.05

MCMASTER, ROBERT GLEN    13-00279

Page:  5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        13-00279 -DRC
Case Name:   MCMASTER, ROBERT GLEN

Taxpayer ID No:  *******8711
For Period Ending:  06/23/15

Trustee Name:        Elizabeth C. Berg, Trustee
Bank Name:           Associated Bank
Account Number / CD #:    *******6344  Checking Acct - ECB TR

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 50,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/14 | 001012 | Downers Grove National Bank c/o William M. Smith & Associates 8102 W. 119th Street, Suite 150 Palos Park, Illinois 60464 | Claim 000007, Payment 1.11% | 7100-000 | | 4,084.04 | 28,844.01 |
| 12/18/14 | 001013 | The Private Bank and Trust Company Hinshaw & Culbertson LLP 222 N LaSalle Street Suite 300 Chicago, IL 60601 | Claim 000013, Payment 1.11% | 7100-000 | | 25,556.19 | 3,287.82 |
| 12/18/14 | 001014 | American Bank and Trust Company, N.A. Attn Mr Garrett E Buhle Senior Vice Pres Commercial Loan Dept 1542 S Randall Road Geneva, IL 60134 | Claim 000014, Payment 1.11% | 7100-000 | | 1,346.14 | 1,941.68 |
| 03/31/15 | 001015 | Guaranty Bank Attn: Susan Snyder, SAO 1341 W Battlefield Springfield MO 65807 | Claim 000001, Payment 0.04% | 7100-000 | | 45.42 | 1,896.26 |
| 03/31/15 | 001016 | Dyck-O'Neal, Inc. P.O. Box 13370 Arlington, TX 76094 | Claim 000002, Payment 0.04% | 7100-000 | | 10.67 | 1,885.59 |
| 03/31/15 | 001017 | Dyck-O'Neal, Inc. P.O. Box 13370 Arlington, TX 76094 | Claim 000004, Payment 0.04% | 7100-000 | | 82.16 | 1,803.43 |

Page Subtotals          0.00          31,124.62

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-00279 -DRC | |
| Case Name: | MCMASTER, ROBERT GLEN | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6344  Checking Acct - ECB TR |

Taxpayer ID No: *******8711
For Period Ending: 06/23/15

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/15 | 001018 | BMO Harris Bank<br>c/o William M Dillon, Esq.<br>Fowler White Boggs P.A.<br>Pob 1567<br>Ft Myers, FL 33902 | Claim 000005, Payment 0.04% | 7100-000 | | 622.87 | 1,180.56 |
| 03/31/15 | 001019 | Downers Grove National Bank<br>c/o William M. Smith & Associates<br>8102 W. 119th Street, Suite 150<br>Palos Park, Illinois 60464 | Claim 000007, Payment 0.04% | 7100-000 | | 155.54 | 1,025.02 |
| 03/31/15 | 001020 | The Private Bank and Trust Company<br>Hinshaw & Culbertson LLP<br>222 N LaSalle Street Suite 300<br>Chicago, IL 60601 | Claim 000013, Payment 0.04% | 7100-000 | | 973.34 | 51.68 |
| 03/31/15 | 001021 | American Bank and Trust Company, N.A.<br>Attn Mr Garrett E Buhle Senior Vice Pres<br>Commercial Loan Dept<br>1542 S Randall Road<br>Geneva, IL 60134 | Claim 000014, Payment 0.04% | 7100-000 | | 51.27 | 0.41 |
| 03/31/15 | 001022 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #    DIVIDEND<br>=========================<br>6        000006        0.41 | <br><br><br><br>7100-001 | | 0.41 | 0.00 |

Page Subtotals        0.00        1,803.43

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-00279 -DRC | |
| Case Name: | MCMASTER, ROBERT GLEN | |
| | | |
| Taxpayer ID No: | *******8711 | |
| For Period Ending: | 06/23/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6344  Checking Acct - ECB TR |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 60,833.78 | 60,833.78 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 60,833.78 | 60,833.78 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 60,833.78 | 60,833.78 | |

Page Subtotals                    0.00                    0.00

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 13-00279 -DRC | |
| Case Name: | MCMASTER, ROBERT GLEN | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******1468  Checking Account |

Taxpayer ID No:   *******8711
For Period Ending:   06/23/15

Blanket Bond (per case limit):
Separate Bond (if applicable):   $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/13 | 63 | ROBERT GLEN MCMASTER 1234 PAYNE AVENUE BATAVIA, IL  60510 | | 1241-000 | 35,000.00 | | 35,000.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 34,990.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 37.15 | 34,952.85 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 33.52 | 34,919.33 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 34,919.33 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 35,000.00 | 35,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 34,919.33 | |
| Subtotal | 35,000.00 | 80.67 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 35,000.00 | 80.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2006 | 26,250.00 | 61,169.33 | 0.00 |
| Checking Acct - ECB TR - *******6344 | 60,833.78 | 60,833.78 | 0.00 |
| Checking Account - *******1468 | 35,000.00 | 80.67 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 122,083.78 | 122,083.78 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            35,000.00         35,000.00

Ver: 18.05

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-00279 -DRC |
| Case Name: | MCMASTER, ROBERT GLEN |
| Taxpayer ID No: | *******8711 |
| For Period Ending: | 06/23/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******1468  Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******2006
Checking Acct - ECB TR - *******6344
Checking Account - ********1468

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.05